**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Sheldon P. Johnson, | |
| Plaintiff, | **1:25-cv-10655 (DEH) (SDA)** |
| -against- | **ORDER** |
| City of New York, et al., | |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff, proceeding *pro se* filed the Complaint in this action on December 22, 2025. (Compl., ECF No. 1.) On January 7, 2026, the Court granted Plaintiff's application to proceed *in forma pauperis*. (1/7/26 Order, ECF No. 5.) On March 13, 2026, the Court entered an Order of Service requesting that Defendants waive service of summons. (3/13/26 Order of Service, ECF No. 8.) On April 8, 2026, waiver of service was returned unexecuted with respect to Defendant Banks, who no longer is an employee of the New York City Department of Correction. (*See* Waiver Unexecuted, ECF No. 10.) On April 13, 2026, Defendant City of New York filed an executed waiver of service. (Waiver, ECF No. 12.) As of the date of this Order, the Court has not received executed or unexecuted waivers for Defendant Parris or Defendant Spencer.

It is hereby ORDERED that, no later than April 28, 2026, counsel for the City shall file a letter regarding the last known address for Defendant Banks in order to enable the U.S. Marshals Service to effect service. If the service address is a home address, the City may file that address *ex parte* and under seal. The letter also shall provide any information regarding waiver of service by Defendants Parris and Spencer and, if appropriate, provide the last known addresses for those defendants.

It is further ORDERED that the deadline for Plaintiff to serve Defendants with a summons and Complaint is extended, *nunc pro tunc*, until June 15, 2026. *See* Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated:    New York, New York
          April 14, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2