**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Sheldon P. Johnson,

                                                    Plaintiff,

                    -against-

City of New York, et al.,

                                                    Defendants.

1:25-cv-10655 (DEH) (SDA)

**ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated January 7, 2026, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. (1/7/26 Order, ECF No. 5). On March 13, 2026, the Court entered an Order of Service requesting that Defendants waive service of summons. (3/13/26 Order of Service, ECF No. 8.) On April 8, 2026, waiver of service was returned unexecuted with respect to Defendant Banks, who no longer is an employee of the New York City Department of Correction. (*See* Waiver Unexecuted, ECF No. 10.) On April 28, 2026, counsel for the City of New York provided a service address for Defendant Banks. (4/28/26 Letter, ECF Nos. 16 & 17 (under seal).[1])

To allow Plaintiff to effect service on Defendant Banks through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant Banks using the address filed under seal at ECF No. 17. The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork for the Marshals Service to effect service upon Defendant Banks.

---

[1] The Court authorized the City to provide any residential address *ex parte* and under seal. (*See* 4/14/26 Order, ECF No. 13.)

The deadline for Plaintiff to serve Defendant Banks with a summons and Complaint is extended until 90 days from the date of this Order. *See* Fed. R. Civ. P. 4(m). It is Plaintiff's responsibility to inquire of the Marshals Service as to whether service has been made and if necessary, to request any additional extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

**SO ORDERED.**

Dated:    New York, New York
          April 29, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2