**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Sheldon P. Johnson,**

**Plaintiff,**

**-against-**

**City of New York, et al.,**

**Defendants.**

**1:25-cv-10655 (DEH) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated January 7, 2026, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. (1/7/26 Order, ECF No. 5). On March 13, 2026, the Court entered an Order of Service requesting that Defendants waive service of summons. (3/13/26 Order of Service, ECF No. 8.) On April 8, 2026, waiver of service was returned unexecuted with respect to Defendant Banks, who no longer is an employee of the New York City Department of Correction. (*See* Waiver Unexecuted, ECF No. 10.) On April 28, 2026, counsel for the City of New York provided a service address for Defendant Banks. (4/28/26 Letter, ECF Nos. 16 & 17 (under seal).[1]) On April 29, 2026, the Court entered an Order of Service to allow Plaintiff to effect service on Defendant Banks through the U.S. Marshals Service and extended the deadline for Plaintiff to serve Defendant Banks for 90 days. (4/29/26 Order of Service, ECF No. 18.) The U.S. Marshals Service attempted service on July 20, 2026, but service was not executed as the apartment was vacant with ongoing construction, and workers told the Marshal that no one lived at the address. (Marshal's Process Receipt, ECF No. 22.)

[1] The Court authorized the City to provide any residential address *ex parte* and under seal. (*See* 4/14/26 Order, ECF No. 13.)

Accordingly, it is hereby ORDERED as follows:

1. To avoid further burden and expense required for service by the U.S. Marshal Service, counsel for the City shall communicate to Defendant Banks the Court's request that she permit the New York City Law Department to waive service on her behalf consistent with the Memorandum of Understanding between the Court, the New York City Department of Correction ("DOC") and the Law Department related to *pro se* cases such as this one, which involve the actions of, *inter alia*, former DOC employees or officials.
2. No later than August 10, 2026, counsel for the City shall file a letter advising the Court as to the outcome of such communication and, if necessary, providing an updated address or other known contact information for Defendant Banks. As with the prior address, the City is authorized to provide the information *ex parte* and under seal.
3. In the interim, the deadline for Plaintiff to serve Defendant Banks is extended until 30 days from the date of this Order. *See* Fed. R. Civ. P. 4(m). If further service by the U.S. Marshals Service is required, the Court will set a new deadline in an Amended Order of Service.

**SO ORDERED.**

Dated: New York, New York
August 3, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge